# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No:   6:25-cr-85-JSS-LHP

RICHARD FLOYD MCDANIEL, II

_____

## ORDER

Pursuant to 28 U.S.C. § 455(a), and in the interest of justice, I hereby recuse myself from this matter due to an association with one of the attorneys involved in this case. The Clerk of Court is directed to reassign this case to another United States Magistrate Judge. *See also In re: Administrative Orders of the Chief Judge*, No. 3:24-mc-20-MMH (Doc. No. 76) (March 18, 2026).

**DONE** and **ORDERED** in Orlando, Florida on March 20, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties